UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:11-cr-188-01 SEB-DML |
| vs. | ) | |
| | ) | |
| BRANDON SPEARS, | ) | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

Having reviewed Magistrate Judge Baker's Report and Recommendation at Docket No. 54 recommending that Defendant's supervised release be modified, and observing that no objections have been filed, the Court now approves and adopts the Report and Recommendation as the order of the Court. Accordingly, Defendant is ordered to reside at the Saul to Paul Ministries addiction recovery program located in Ellettsville, Indiana for a period of seven (7) months.

IT IS SO ORDERED.

Date: 10/18/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record