UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:11-cr-0188-SEB-DML |
| | ) | |
| BRANDON SPEARS, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Bakers=s Report and Recommendation that Brandon Spears' supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 4 months, in the custody of the Attorney General. Upon Mr. Spears' release from confinement, he will be subject to the remainder of his term supervised release, including all previously imposed special conditions.

SO ORDERED.

Date: 03/04/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gayle Helart
Assistant U. S. Attorney
gayle.helart@usdoj.gov

Joe Cleary
Office of Indiana Federal Community Defender
joe.cleary@fd.org

U. S. Parole and Probation

U. S. Marshal